# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OCARIZ NICOLE MILES,<br><br>           Petitioner,<br><br>   v.<br><br>D.K. JOHNSON, Warden,<br><br>           Respondent. | Case No. CV 15-03346 CJC (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 30, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE